## STATE OF CONNECTICUT *v.* ANDREW BASSINGTON BAKER
### (AC 15703)

Foti, Lavery and Schaller, Js.

Argued May 2—officially released May 27, 1997

Per Curiam. The judgment is affirmed.

## TED BLASSINGAME *v.* ACME STEEL COMPANY ET AL.
### (AC 16517)

Foti, Schaller and Hennessy, Js.

Submitted on briefs May 5—officially released May 27, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.

## ANDREW BURNHAM *v.* JOHN CARR
### (AC 16515)

Foti, Schaller and Hennessy, Js.

Submitted on briefs May 5—officially released May 27, 1997

Per Curiam. The judgment is affirmed.